IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                        Plaintiff,

    v.

RAMIRO G. MARTINEZ,

                        Defendant.

ORDER

04-cr-184-jcs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order issued on February 11, 2009, I denied defendant Ramiro Martinez's motion for a reduction in his sentence under 18 U.S.C. § 3582 and the amendments to the crack cocaine sentencing guidelines, after finding that defendant was charged with possession and distribution of powder cocaine, not crack cocaine. Defendant has asked for reconsideration of this order. I will deny the motion for reconsideration because I am not persuaded that it was error to dismiss defendant's motion.

ORDER

      IT IS ORDERED that defendant Ramiro Martinez's motion for reconsideration of the February 11, 2009 order denying his motion for relief under 18 U.S.C. § 3582 is

1

DENIED.

    Entered this 4th day of March, 2009.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge